151 A.3d 971

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
NELSON A. DE LEON, DEFENDANT-PETITIONER.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000990-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 971

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAR-
LON D. HARGIS (A/K/A MARLON D. HARGIS, JR. AND
MARLON D. HARGIS), DEFENDANT-PETITIONER.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001541-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.